U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
12-6 20 17

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | VIO: 18 U.S.C. § 1951(a) |
| | ) | Conspiracy to Rob Commercial |
| ORAEFEIN JABRE KING, | ) | Businesses |
| | ) | |
| Defendant. | ) | 18 U.S.C. §§ 2113(a) & (d), 2 |
| | ) | Armed Bank Robbery, Aiding and |
| | ) | Abetting |
| | ) | |
| | ) | 18 U.S.C. §§ 924(c), 2 |
| | ) | Using and Carrying a Firearm |
| | ) | During and in Relation to a Crime |
| | ) | of Violence, Aiding and Abetting |
| | ) | |
| | ) | 18 U.S.C. § 922(x) |
| | ) | Unlawful Transfer of a Handgun |
| | ) | to a Juvenile |

CR417 266

## ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

So ORDERED this  6Th  day of December, 2017.

HON. G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA